Judgment in a Civil Case
_____

United States District Court<br>
_____WESTERN DISTRICT OF NEW YORK_____

Luciano Munoz Huerta,
Petitioner

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-CV-6068

v.

Philip Rhoney, et al,
Respondents

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the judgment is in favor of the Petitioner.

Date: February 4, 2026

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
     Deputy Clerk